# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE BROWNLEE,<br><br>    Petitioner,<br><br>    v.<br><br>LYDIA ROMMORO,<br><br>    Respondent. | Case No. 1:14-cv-01990-LJO-SAB-HC<br><br>ORDER DENYING AS MOOT PETITIONER'S MOTION TO TRANSFER FEE WAIVER TO NINTH CIRCUIT<br><br>(ECF No. 45) |

    Petitioner is a state prisoner who filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On July 21, 2014, Petitioner's application to proceed in forma pauperis was granted.  (ECF No. 12).  On September 3, 2015, District Judge Lawrence O'Neill adopted the findings and recommendation and dismissed the petition.  (ECF No. 39).  On September 14, 2015, Petitioner filed a motion for relief from judgment.  (ECF No. 41).  On September 17, 2015, Petitioner filed a notice of appeal.  (ECF No. 42).  On September 22, 2015, District Judge O'Neill denied the motion for relief from judgment.  (ECF No. 44).  On September 28, 2015, Petitioner filed a motion to transfer the fee waiver from this Court to the Ninth Circuit Court of Appeal. (ECF No. 23).

    Section 1915 of Title 28 of the United States Code and Federal Rules of Appellate Procedure 24(a) govern the determination of applications to proceed with an appeal in forma pauperis.  A party must obtain leave to proceed in forma pauperis on appeal when he was not

granted leave to proceed IFP in the district court action. <u>See</u> Fed. R. App. P. 24(a). However, Federal Rule of Appellate Procedure 24(a)(3) provides that:

> A party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless:
>
> A. the district court-before or after the notice of appeal is filed-certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding; or
>
> B. a statute provides otherwise.

Here, Petitioner was permitted to proceed in forma pauperis in his district-court action. (ECF No. 12). The Court has not certified that the appeal is not taken in good faith or found that Petitioner is not entitled to proceed in forma pauperis on appeal. Therefore, Petitioner is able to proceed on appeal in forma pauperis without further authorization from the Court. Thus, Petitioner's motion to transfer the fees waiver is moot.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to transfer the fees waiver is denied as moot.

IT IS SO ORDERED.

Dated:  **October 1, 2015**

UNITED STATES MAGISTRATE JUDGE

2